UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Sealed
UNSEALED
PER ORDER
6/05/2008

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § Jaramillo Rogelio Portillo, § aka Jonada Orturo Betancour § § | CRIMINAL NO. 4:06CR182 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A __Indictment__ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

Jaramillo Rogelio Portillo,
aka Jonada Orturo Betancour

☒ DETENTION
☐ RELEASED ON CONDITIONS
☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on _____, 20 06.

_____
UNITED STATES MAGISTRATE JUDGE