| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |
| UNITED STATES OF AMERICA V. EDILBERTO PORTILLO, ET AL. | Houston Division | |
| | Criminal No. H-06-182 | |
| | **EXHIBIT LIST** for the United States | |
| Judge: Lynn N. Hughes | AUSAs: Robert Johnson / Jennifer Lowery | |
| Case Manager: Cathy Carnew | Court Reporter: A. Manley | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 1. | Photo Adame bus station (exterior) | | | ✓ | 5/19/09 |
| 2. | Photo Adame bus station (interior) | | | ✓ | |
| 3. | Copy of drivers licenses of Jessica Mendoza and Mario Hernandez | | | ✓ | |
| 4. | Copy of bus ticket stubs | | | ✓ | |
| 5. | Air Tran ticket stub | | | ✓ | |
| 6. | Adame bus passenger list | | | ✓ | |
| 7. | Waiver of interest in seized property (Hernandez) | | | ✓ | |
| 8. | Waiver of interest in seized property (Mendoza) | | | ✓ | |
| 9. | Claim for seized property (Edilberto Portillo) | | | ✓ | |
| 10 | Photo of 9118 Troulon, Houston, Texas | | | ✓ | |
| 11. | Copy Edilberto Portillo driver license | | | ✓ | |
| 12. | Aerial photo Club Carnaval | | | ✓ | |
| 13. | Photo Club Carnaval | | | ✓ | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 14. | Consent to search vehicle | | | ✓ | 5/19/09 |
| 15. | Consent to search 5633 Arthington | | | ✓ | |
| 16. | Photo of removed engine manifold of red truck | | | ✓ | |
| 17. | Photo bundle of cocaine retrieved from engine | | | ✓ | |
| 18. | Photo bundle of cocaine | | | ✓ | |
| 19. | Photo blue truck | | | ✓ | |
| 20. | Photo of engine of blue truck | | | ✓ | |
| 21. | Photo of removed engine manifold of blue truck | | | ✓ | |
| 22. | Photo wrapping materials next to blue truck | | | ✓ | |
| 23. | Photo wrapping materials | | | ✓ | |
| 24. | Stipulation of Evidence | | | ✓ | |
| 25. | Consent to Search 3038 Mosby | | | ✓ | |
| 26. | Photo 3038 Mosby, Houston, Texas | | | ✓ | |
| 27. | Photo bags, money counter | | | ✓ | |
| 28. | Photo black bag | | | ✓ | |
| 29. | Photo money in black bag | | | ✓ | |
| 30. | Photo contents of box in black bag | | | ✓ | |
| 31. | Photo close-up of contents of box | | | ✓ | |
| 32. | Photo money | | | ✓ | |
| 33. | Photo brown paper bag | | | ✓ | ✓ |

2

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 34. | Photo wrapping materials | | | ✓ | 5/19/09 |
| 35. | Certificate of Operation Beto Y Sus Canarios | | | ✓ | |
| 36. | Photos cover of Notebook | | | ✓ | |
| 37. | Pages from Notebook | | | ✓ | |
| 38. | FBI Account Summary Report | | | ✓ | |
| 39. | Photos welding tanks and cocaine | | | ✓ | |
| 40. | Photos opening tank and drivers licenses | | | ✓ | |
| 41. | Photo Plaza Rodeo San Marcos | | | ✓ | |
| 42. | Photo Plaza Rodeo San Marcos | | | ✓ | |
| 43. | Stipulation of Evidence | | | ✓ | |
| 44. | Photo of 811 Leffingwell, Ellenton, Florida | | | ✓ | |
| 45. | Photo Donald Hartwig | | | ✓ | |
| 46. | Photo Abraham Saucedo Lopez | | | ✓ | |
| 47. | Photo speaker box with saw | | | ✓ | |
| 48. | Photo cocaine and black bag | | | ✓ | |
| 49. | Photo cocaine in kitchen | | | ✓ | |
| 50. | Photo cocaine | | | ✓ | |
| 51. | Photo money in bag | | | ✓ | |
| 52. | Photo money | | | ✓ | |
| 53. | Stipulation of Evidence | | | ✓ | |
| 54. | Photo back of Club Carnaval | | | ✓ | |
| 55. | Photo Lincoln Town Car at Carnaval | | | ✓ | |
| 56. | Photo Hartwig in Lincoln | | | ✓ | |

3

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 57. | Photo Hartwig and woman | | | ✓ | 5/19/09 |
| 58. | Avis rental agreement | | | ✓ | |
| 59. | Photo Edilberto Portillo, Elida Sanchez, Ernesto Cureno | | | ✓ | |
| 60 | Photo traffic stop | | | ✓ | |
| 61. | Photo Hartwig at traffic stop | | | ✓ | |
| 62. | Photo cocaine | | | ✓ | |
| 63. | Stipulation of Evidence | | | ✓ | |
| 64. | Photo black truck at Colby Lodge | | | ✓ | |
| 65 | Photo Alberto Portillo at police station | | | ✓ | |
| 66. | Joan Mendoza Peraldi Texas license | | | ✓ | |
| 67. | Alberto Portillo Georgia license | | | ✓ | |
| 68. | Photo Lalo | | | ✓ | |
| 69. | Photo Dodge Dually pickup | | | ✓ | |
| 70. | Photo canine inspection | | | ✓ | |
| 71. | Photo white gift bag | | | ✓ | |
| 72. | Photo money in gift bag | | | ✓ | |
| 73. | Photo money | | | ✓ | |
| 74. | Disclaimer of interest | | | ✓ | |
| 75. | Photo green plastic wrap in truck | | | ✓ | |
| 76. | Photo green plastic wrap | | | ✓ | |
| 77. | Photo bed of truck with bag | | | ✓ | |
| 78. | Photo black bag | | | ✓ | |
| 79. | Photo contents of bag | | | ✓ | |
| 80. | Photo contents of bag | | | ✓ | |
| 81. | Photo contents of bag | | | ✓ | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 82. | Photo contents of bag | | | ✓ | 5/19/09 |
| 83. | Photo contents of bag | | | ✓ | |
| 84. | Edilberto Portillo drivers license | | | ✓ | |
| 85. | Elida Sanchez driver license | | | ✓ | |
| 86. | Photo entry to subdivision Katy, Texas | | | ✓ | |
| 87. | Photo 2311 Colby Lodge, Katy, Texas | | | ✓ | |
| 88. | Photo lake at 2311 Colby Lodge | | | ✓ | |
| 89. | Photo lake | | | ✓ | |
| 90. | Photo cove | | | ✓ | |
| 91. | Photo bags from lake | | | ✓ | |
| 92. | Photo money in bags | | | ✓ | |
| 93. | Exhibit Withdrawn | | | ✓ | |
| 94. | Exhibit Withdrawn | | | ✓ | |
| 95. | Phone registration | | | ✓ | |
| 96. | Phone registration | | | ✓ | |
| 97. | Phone registration | | | ✓ | |
| 98. | Phone registration | | | ✓ | |
| 99. | Elida Sanchez business card | | | ✓ | |
| 100. | Exhibit Withdrawn | | | ✓ | |
| 101. | 512-276-4416, Call # 5 | | | ✓ | |
| 102. | 512-276-4416, Call # 129 | | | ✓ | |
| 103. | 512-276-4416, Call # 295 | | | ✓ | |
| 104. | 512-276-4416, Call # 348 | | | ✓ | |
| 105. | 713-213-9632, Call # 8 | | | ✓ | |
| 106. | 713-213-9632, Call # 349 | | | ✓ | |

5

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 107. | 713-213-9632, Call # 499 | | | ✓ | 5/19/09 |
| 108. | 713-213-9632, Call # 636 | | | ✓ | |
| 109. | 512-276-4416, Call # 1008 | | | ✓ | |
| 110. | 512-276-4416, Call # 2259 | | | ✓ | |
| 111. | 713-213-9632, Call # 7710 | | | ✓ | |
| 112. | 512-276-4416, Call # 214 | | | ✓ | |
| 113. | 512-276-4416, Call # 2942 | | | ✓ | |
| 114. | 512-276-4416, Call # 2949 | | | ✓ | |
| 115. | 512-276-4416, Call # 2951 | | | ✓ | |
| 116. | 713-213-9632, Call # 6646 | | | ✓ | |
| 117. | 512-276-4416, Call # 2996 | | | ✓ | |
| 118. | 512-276-4416, Call # 2998 | | | ✓ | |
| 119. | 713-213-9632, Call # 6718 | | | ✓ | |
| 120. | 713-213-9632, Call # 6773 | | | ✓ | |
| 121. | 512-276-4416, Call # 3023 | | | ✓ | |
| 122. | 512-276-4416, Call # 3025 | | | ✓ | |
| 123. | 512-276-4416, Call # 3030 | | | ✓ | |
| 124. | 512-276-4416, Call # 3035 | | | ✓ | |
| 125. | 512-276-4416, Call # 3036 | | | ✓ | |
| 126. | 512-276-4416, Call # 3037 | | | ✓ | |
| 127. | 512-276-4416, Call # 3038 | | | ✓ | |
| 128. | 512-276-4416, Call # 3039 | | | ✓ | |
| 129. | 512-276-4416, Call # 3044 | | | ✓ | |
| 130. | 512-276-4416, Call # 3048 | | | ✓ | |
| 131 | 512-276-4416, Call # 3050 | | | ✓ | ✓ |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 132. | 512-276-4416, Call # 3052 | | | ✓ | 5/19/09 |
| 133. | 512-276-4416, Call # 3057 | | | ✓ | |
| 134. | 512-276-4416, Call # 3069 | | | ✓ | |
| 135. | 512-276-4416, Call # 3085 | | | ✓ | |
| 136. | 512-276-4416, Call # 3087 | | | ✓ | |
| 137. | 512-276-4416, Call # 3151 | | | ✓ | |
| 138. | 512-276-4416, Call # 3159 | | | ✓ | |
| 139. | 512-276-4416, Call # 3199 | | | ✓ | |
| 140. | 512-276-4416, Call # 97 | | | ✓ | |
| 141. | 512-276-4416, Call # 247 | | | ✓ | |
| 142. | 512-276-4416, Call # 248 | | | ✓ | |
| 143. | 512-276-4416, Call # 367 | | | ✓ | |
| 144. | 512-276-4416, Disk | | | ✓ | |
| 145. | 713-213-9632, Disk | | | ✓ | |
| 146. | Photo alley behind Carnaval | | | ✓ | |
| 147. | Photo Isaid Iturbide | | | ✓ | |
| 148. | Iturbide drivers license | | | ✓ | |
| 149. | Photo Isaid Iturbide and E. Portillo | | | ✓ | |
| 150. | Photo Isaid Iturbide and E. Portillo | | | ✓ | |
| 151. | Photo Iturbide backing out | | | ✓ | |
| 152. | Photo Iturbide following E. Portillo | | | ✓ | |
| 153. | Photo Iturbide following E. Portillo | | | ✓ | |
| 154. | Photo E. Portillo | | | ✓ | |
| 155. | Photo vehicles together | | | ✓ | |
| 156. | Photo Iturbide meeting with E. Portillo | | | ✓ | ✓ |

7

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 157. | Photo Iturbide meeting with E. Portillo | | | ✓ | 5/19/09 |
| 158. | Photo Iturbide meeting with E. Portillo | | | ✓ | |
| 159. | Photo Iturbide meeting with E. Portillo | | | ✓ | |
| 160. | Photo Iturbide meeting with E. Portillo | | | ✓ | |
| 161. | Photo Iturbide leaving | | | ✓ | |
| 162. | Photo Iturbide in car | | | ✓ | |
| 163. | 512-276-4416, Call # 222 | | | ✓ | |
| 164. | 512-227-4416, Call # 241 | | | ✓ | |
| 165. | Photo vehicle interior | | | ✓ | |
| 166. | Photo gun | | | ✓ | |
| 167. | Photo Andres Gomez | | | ✓ | |
| 168. | Photo gun | | | ✓ | |
| 169. | Photo money counter | | | ✓ | |
| 170. | Photo family | | | ✓ | |
| 171. | Demonstrative Exhibit: Arthington money seizure | | | ✓ | |
| 172. | Demonstrative Exhibit: time line | | | ✓ | |

| No. | Description | Offered | Objected | Admit'd | Date |
|-----|-------------|---------|----------|---------|------|
|     |             |         |          |         |      |
|     |             |         |          |         |      |
|     |             |         |          |         |      |
|     |             |         |          |         |      |