UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIM. NO. 4:06-cr-182-10, 11 |
| | § | |
| vs. | § | |
| | § | |
| JARAMILLO ROGELIO PORTILLO | § | |
| MARCELINO MENDOZA PORTILLO | § | Judge Lynn N. Hughes |

### ORDER DISMISSING INDICTMENT

On ~~T~~he government's Motion ~~to Dismiss Indictment is granted~~.

~~It is, therefore, ORDERED~~ that the Indictment (~~Doc.~~ 176) against Defendants JARAMILLO ROGELIO PORTILLO and MARCELINO MENDOZA PORTILLO is ~~be~~ dismissed.

It is further ORDERED that the Bench Warrants for their arrests (~~Doc. No.'s~~ 185 and 186 ~~respectively~~) are ~~be~~ dismissed ~~and/or recalled~~.

~~It is so ORDERED.~~

SIGNED at Houston, Texas, ~~this~~ ~~day of~~ June 7, 2021.

LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE